Decided September 20, 2006

STATE OF CONNECTICUT *v.* TIMOTHY DUNCAN

*Annacarina Del Mastro*, senior assistant public defender, in support of the petition.

*Michele C. Lukban*, senior assistant state's attorney, in opposition.

Decided September 20, 2006

STATE OF CONNECTICUT *v.* TROY
SHAMAR THOMAS

The defendant's petition for certification for appeal from the Appellate Court, 96 Conn. App. 578 (AC 26151), is denied.

*Robert J. McKay*, in support of the petition.

*Lisa A. Riggione*, senior assistant state's attorney, in opposition.

The defendant's petition for certification for appeal from the Appellate Court, 96 Conn. App. 700 (AC 26174), is denied.